**Electronically Filed**
**Supreme Court**
**SCWC-12-0001092**
**28-JAN-2014**
**08:34 AM**

SCWC-12-0001092

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SHANKEL TORRICER, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001092; CR. NO. 10-1-0845)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, JJ., Circuit Judge
Wilson, in place of Acoba, J., recused, and Circuit
Judge Nacino, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Shankel Torricer's

application for writ of certiorari filed on December 26, 2013, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 28, 2014.

Jeffrey A. Hawk
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Edwin C. Nacino

